**UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| JOSHUA GRAY, | No. 23-15956 |
| Plaintiff-Appellee, | D.C. No. 1:19-cv-00008 |
| v. | District of the Northern Mariana Islands, Saipan |
| Imperial Pacific International (CNMI), LLC, | |
| Defendant – Appellant, | **STIPULATED MOTION TO VOLUNTARILY DISMISS APPEAL** |

Defendant-Appellant Imperial Pacific International (CNMI), LLC, by and through its counsel, Michael Chen, and Plaintiff-Appellee Joshua Gray, by and through their counsel, Aaron Halegua and Bruce Berline, hereby move this Court for an order, pursuant to Federal Rule of Appellate Procedure 42(b), to dismiss the above-captioned appeal with prejudice. The parties further stipulate that each party shall bear their own costs associated with this appeal.

Dated: June 10, 2025

/s/
Aaron Halegua
AARON HALEGUA, PLLC
524 Broadway, 11th Floor
New York, New York 10012
ah@aaronhalegua.com

Bruce Berline
LAW OFFICE OF BRUCE BERLINE, LLC
Second Floor, Macaranas Building
PO Box 5682 CHRB
Saipan, MP 96950
bruce@saipanlaw.com

*Attorney for Plaintiff-Appellee Joshua Gray*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

   /s/_____
Michael Chen, Esq.
MICHAEL CHEN LAW OFFICES
7330 Edna Ave.
Las Vegas, NV 89117
michael@michaelchenlaw.com

*Attorney for Defendant-Appellant Imperial Pacific International (CNMI), LLC*